```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 00220
   ERMA J SIMS
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
       Debtor
   SSN XXX-XX-0437

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/07/2008 and was confirmed 03/26/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/13/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                                 PAID             PAID
--------------------------------------------------------------------------------
SPIRIT OF AMERICA NATION  UNSECURED           61.94              .00              .00
ROUNDUP FUNDING LLC       UNSECURED         2005.00              .00              .00
MONITRONICS INTERNATIONA  UNSECURED        NOT FILED             .00              .00
CITIBANK/SEARS            UNSECURED        NOT FILED             .00              .00
CREDIT FIRST              UNSECURED        NOT FILED             .00              .00
PORTFOLIO RECOVERY        UNSECURED         2066.52              .00              .00
PREMIER BANKCARD          UNSECURED          670.23              .00              .00
ROUNDUP FUNDING LLC       UNSECURED         2316.16              .00              .00
VERIZON WIRELESS          UNSECURED          798.47              .00              .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY     NOT FILED              .00              .00
INDYMAC BANK              CURRENT MORTG        .00               .00              .00
INDYMAC BANK              MORTGAGE ARRE        .00               .00              .00
HOUSEHOLD MORTGAGE SERVI  CURRENT MORTG        .00               .00              .00
HOUSEHOLD MORTGAGE SERVI  MORTGAGE ARRE      700.00              .00              .00
NORTHSTAR CREDIT UNION    SECURED VEHIC     4759.00           251.52           818.34
NORTHSTAR CREDIT UNION    UNSECURED            .98               .00              .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY     NOT FILED              .00              .00
LVNV FUNDING              UNSECURED          229.74              .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,331.50                          3,116.14
TOM VAUGHN                TRUSTEE                                              364.00
DEBTOR REFUND             REFUND                                                  .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            4,550.00

PRIORITY                                          .00
SECURED                                        818.34
   INTEREST                                    251.52
UNSECURED                                         .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 00220 ERMA J SIMS
```

```
ADMINISTRATIVE                                                 3,116.14
TRUSTEE COMPENSATION                                             364.00
DEBTOR REFUND                                                       .00
                                      ---------------    ---------------
TOTALS                                       4,550.00           4,550.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/24/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE